IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

VS.                                                          CRIMINAL NO. 3:06cr139HTW-JCS

DAVID KENNEDY

## AGREED ORDER TO STAY SENTENCING

COMES NOW, David Kennedy, by and through counsel, and moves the Court to Stay Sentencing in the above-styled and numbered cause and for grounds in support thereof would show:

1. That on November 19, 2007, Movant entered a plea of guilty in the above captioned cause and sentencing is set for January 31, 2008; and,

2. That the Plea Agreement contains a provision for a downward departure pursuant to U.S.S.G. § 5K 1.1(a)(1)-5 for substantial assistance; and,

3. That cooperation is on-going and both the Government and the Defendant need more time to accomplish same; and

4. That sentencing should by stayed for at least thirty (30) days in order to continue interviewing Movant.

SO ORDERED this the 31st day of January, 2008.

**s/ HENRY T. WINGATE**

_____
CHIEF UNITED STATES DISTRICT JUDGE

Submitted by:
/s/ Harold B. McCarley, Jr.
Harold B. McCarley, Jr., Counsel for Defendant

Agreed:
/s/ *Carla J. Clark*
Carla J. Clark, Assistant U.S. Attorney